UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BULENT ERTUR, | ) | CASE NO. C05-1532-JLR |
|     Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| CAROL L. EDWARD, et al., | ) | |
|     Defendants. | ) | |

Plaintiff filed an application to proceed *in forma pauperis* (IFP) in the above-entitled action. (Dkt. 1.) Having reviewed that application, the Court finds that plaintiff financially qualifies for IFP status and ORDERS:

(1)    Plaintiff's application to proceed IFP is GRANTED.

(2)    The Clerk is directed to send a copy of this order to plaintiff.

DATED this <u>15th</u> day of September, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED
*IN FORMA PAUPERIS*
PAGE -1