# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

BULENT ERTUR,

        Plaintiff,

v.

CAROL L. EDWARD, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C05-1532JLR

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court granted Defendants' motion for summary judgment.

Dated this 22nd day of March, 2007.

                              BRUCE RIFKIN
                                    Clerk

s/Mary Duett

Deputy Clerk