UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BULENT ERTUR,

        Plaintiff,

        v.

CAROL L. EDWARD and JESSE F. BERGER, as husband and wife, and the marital community composed theeof; CAROL L. EDWARD P.S. . a Washington Public Service Corporation doing business in Washington ,

        Defendants.

Case No. C05-1532JLR

TAXATION OF COSTS

    Costs in the above-entitled action are hereby taxed against PLAINTIFF BULENT ERTUR and on behalf of DEFENDANTS in the amount of $370.78.

    Dated this   18th   day of APRIL, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1