UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BULENT ERTUR,<br>                Plaintiff,<br>vs.<br>CAROL EDWARD, et al,<br>                Defendants. | NO. CO 5-1532 JLR<br><br>NOTICE OF APPEAL |

Notice is hereby given that BULENT ERTUR, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment dated March 22, 2007 in this action and the Order Denying Motion for Reconsideration dated April 17, 2007.

Dated this May 16, 2007

  /s/
Ahmet Chabuk (WSB #22543)
Attorney for Bulent Ertur
11663 Ivy Lane
Silverdale, Wa 98383
(360) 692-0854

NOTICE OF APPEAL