|  | UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | NOV 18 2008 |
|  |  | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

BULENT ERTUR,

       Plaintiff - Appellant,

 v.

CAROL L. EDWARD, Attorney; CAROL L. EDWARD PS, a Washington Professional Service Corporation doing business in Washington; JESSE F. BERGER,

       Defendants - Appellees.

No. 07-35394

D.C. No. CV-05-01532-JLR
Western District of Washington, Seattle

**MANDATE**

The judgment of this Court, entered 10/27/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk